FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| Charlie Scott,<br><br>  Plaintiff,<br><br>v.<br><br>Misdemeanor Probation Services, LLC,<br>Van Peavy, Individually and in His Capacity<br>as Sheriff of Dooly County, Georgia,<br><br>  Defendants. | Civil Case No.: 5:06-CV-00042 |

## ORDER

Plaintiff's Counsel's <u>Request For An Order Permitting Withdrawal As Attorney of Record</u> having been read and considered, and the Court having determined that the requested withdrawal is appropriate,

**IT IS HEREBY ORDERED** that Dorian Murry, Esq., and the law firm of Johnson & Freeman, LLC, are hereby discharged of their obligations to act as the attorney of record for Plaintiff Charlie Scott.

The Court further directs that until such time as Plaintiff Charlie Scott retains substitute counsel, that all further correspondence and notices regarding this case are to be served upon Mr. Charlie Scott, at his last known address of 1005 Central Street, Tallahassee, Florida 32303.

SO ORDERED this 6th day of September, 2006.

Claude W. Luke, Jr.
U.S. MAGISTRATE JUDGE,
Middle District of Georgia